# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISEO GUTIERREZ and MARTHA SANDRA GUTIERREZ,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br>　　　　Defendants. | CV 19-4372 DSF (Ex)<br><br>JUDGMENT |

The Court having granted a motion for judgment on the pleadings,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 16, 2019

　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge